**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                  Case No. 12-13833

THIRTY THOUSAND SIX HUNDRED
EIGHTY-SIX DOLLARS AND
TWENTY-ONE CENTS IN U.S.
CURRENCY FROM COMERICA
BANK ACCOUNT NUMBER
XXXXXX0441,

    Defendant.
_____/

**ORDER SUSPENDING DEADLINES AND MOTION PRACTICE**

On May 15, 2013, during a telephonic status conference, the parties informed the court that they are actively negotiating a settlement agreement. Accordingly, in order to conserve resources while providing the parties sufficient time to reach an agreement,

IT IS ORDERED that all deadlines and motion practice are SUSPENDED until further order of the court.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: May 27, 2013

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 27, 2013, by electronic and/or ordinary mail.

                                             s/Lisa Wagner  
                                             Case Manager and Deputy Clerk  
                                             (313) 234-5522